FILED IN OPEN COURT
ON 10/6/26 am
Peter A. Moore, Jr., Clerk
US District Court
Eastern District of NC

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:26-CR-206-M-RN

UNITED STATES OF AMERICA )
)
v. ) **INDICTMENT**
)
LIONEL PAUL )

The Grand Jury charges that:

COUNT ONE

On or about October 18, 2024, in the Eastern District of North Carolina, the Defendant, LIONEL PAUL, an alien in the United States, did knowingly make a false statement and claim that he was a citizen of the United States in order to vote in a Federal, State, and local election, in violation of Title 18, United States Code, Section 1015(f).

[The remainder of this page is intentionally blank.]

## COUNT TWO

On or about October 18, 2024, in the Eastern District of North Carolina, the defendant, LIONEL PAUL, an alien in the United States, knowing he was not a United States citizen, did knowingly vote in an election held in part for the purpose of electing a candidate for the office of President, Vice President, and Member of the House of Representatives, in violation of Title 18, United States Code, Section 611(a).

A TRUE BILL

REDACTED VERSION

Pursuant to the E-Government Act and the federal rules, the unredacted version of this document has been filed under seal.

Foreperson

Date: 10/6/2026

W. ELLIS BOYLE
United States Attorney

H. BRENT MCKNIGHT, JR.
Assistant United States Attorney
Criminal Division