IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:26-CR-206-M-RN-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | SCHEDULING ORDER |
| | ) | |
| LIONEL PAUL | ) | |
| | ) | |
| Defendant. | ) | |

The attorneys are ORDERED to conduct a pre-trial conference on or before **November 5, 2026**. Local Criminal Rule 16.1.

All pre-trial motions, including motions to compel discovery, motions to suppress, and motions under Rules 7, 8, 12, 13, 14, 16, and 41, Fed. R. Crim. P., shall be filed no later than **November 19, 2026.** Responses to motions shall be filed no later than **December 3, 2026.** Untimely motions and motions filed in disregard of Local Criminal Rules 12.2 and 16.1 may be summarily denied. Motion hearings, as necessary, shall be conducted by a district or magistrate judge in advance of trial.

**Motions to continue the arraignment and trial shall be filed at least five (5) business days prior to the first day of the term of court in which the arraignment is scheduled. Copies of the proposed plea agreements must be submitted to the court at least five (5) business days prior to the first day of the term of court in which the arraignment is scheduled. Submissions shall be made to my criminal case manager at** angela_shoe@nced.uscourts.gov.

This case is set for arraignment and trial at the term of criminal court commencing on **December 8, 2026,** before Richard E. Myers II, Chief United States District Judge, in Wilmington, North Carolina. Where a trial is anticipated, counsel for each party shall file with the clerk and transmit electronically to the judge: (1) voir dire questions as required by Local Criminal Rule 24.2; and (2) requests for jury instructions. Local Criminal Rule 24.1. These documents must be filed with the clerk and electronically transmitted as directed to Chief Judge Myers on or before **December 1, 2026.** The electronic copies shall be transmitted to **documents_judge_myers@nced.uscourts.gov**.[1]

SO ORDERED, this the 26th day of October, 2026.

Robert T. Numbers, II
United States Magistrate Judge

[1] This is a receipt-only email address reserved solely for submission of requested electronic copies, supplemental to filing.